UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
EDGAR SANCHEZ,                      :
                                    :
          Petitioner,               :    Civ. No. 20-6978 (NLH)
                                    :
     v.                             :    **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
                                    :
                                    :
D.K. WHITE,                         :
                                    :
          Respondent.               :
_____:

**APPEARANCES**:

Edgar Sanchez
11708-265
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

     Petitioner pro se

HILLMAN, District Judge

     WHEREAS, this matter having been opened to the Court by

Petitioner Edgar Sanchez's filing of a motion for leave to

proceed in forma pauperis in his petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2241, ECF No. 1-3; and

     WHEREAS, a petitioner whose prison account exceeds $200.00

is ineligible to proceed in forma pauperis pursuant to Rule

81.2(c) of the Local Civil Rules; and

WHEREAS, Petitioner has $3,158.02 in his prison account, ECF No. 1-3 at 1, and

WHEREAS, the Clerk of the Court will be ordered to administratively terminate this action pending receipt of the filing fee,[1]

IT IS on this __9th__ day of June 2020,

ORDERED that Petitioner's in forma pauperis application, ECF No. 1-3, is DENIED; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case pending receipt of the $5.00 filing fee; and it is further

ORDERED that the Clerk of Court shall REOPEN this matter after receiving the filing fee from Petitioner; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail.

                                         s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.

---

[1] Such an administrative termination is not a "dismissal" for purposes of the statute of limitations or a decision on the merits.